### 6710.  ANGRY *v.* THE STATE.

BROYLES, J.  This case is controlled by the rulings of this court in *Smith* v. *State,* ante, 693, and *Calhoun* v. *State,* ante, 705.

*Judgment affirmed. Russell, C. J., absent.*
DECIDED MARCH 16, 1916.

Accusation of carrying concealed weapon; from city court of Albany—Judge Clayton Jones. May 31, 1915.

*R. J. Bacon, R. H. Ferrill,* for plaintiff in error.

*Cruger Westbrook, solicitor,* contra.